UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO.: 1:25-CV-00176-GNS-HBB

*Electronically Filed*

ROBERT PRYOR                                                                    PLAINTIFF

v.          **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

BUC-EE'S SMITHS GROVE, LLC, *et al.*                                         DEFENDANTS

** ** ** ** ** **

PLEASE TAKE NOTICE that, in accordance with Local Rule 83.6(c) of the Joint Local Rules of Civil Practice of the U.S. District Courts for the Eastern and Western Districts of Kentucky, Lilian Ball of the law firm of Stoll Keenon Ogden PLLC is hereby substituted as counsel of record for Buc-ee's Smiths Grove, LLC and Buc-ee's Ltd. (collectively "Buc-ee's) in place of M. Grant Grissom of the same firm in the above captioned case. Buc-ee's is aware of and consents to Mr. Grissom's withdrawal and Ms. Ball's substitution. Buc-ee's will continue to be represented by attorney Matthew R. Parsons of the same firm. Buc-ee's requests that all pleadings and other papers required to be served in this action be served upon the following:

Matthew R. Parsons
Lilian Ball
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
matthew.parsons@skofirm.com
lilian.ball@skofirm.com

Mr. Grissom also requests that this Court remove him from the Court's Notice of Electronic Filing List.

Respectfully submitted,

/s/ M. Grant Grissom
Matthew R. Parsons

Lilian Ball
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507

*-and-*

M. Grant Grissom
STOLL KEENON OGDEN PLLC
400 W. Market Street, Suite 2700
Louisville, KY 40202

COUNSEL FOR DEFENDANTS,
BUC-EE'S SMITHS GROVE, LLC
AND BUC-EE'S LTD.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9th, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing to all ECF users.

<u>/s/ M. Grant Grissom</u>
*Counsel for Buc-ee's Smith Grove, LLC and Buc-ee's Ltd.*

4938-3743-6317.1

3