USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Bowling Green

### *NOTICE OF DEFICIENCY*

**TO:**            Timothy L. Stevenson, Counsel for Plaintiff

**CASE #:**        1:25-cv-176-GNS-HBB

**STYLE OF CASE:** Pryor v. Buc-ee's Smiths Grove, LLC et al

**DATE:**          4/27/2026

**BY:**            Traci Duff
                   *DEPUTY CLERK*

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

> **Rule 7.1(a)(1) and/or Rule 7.1(a)(2) disclosure statement(s) not filed.**
> **Please submit your statement(s) using one of the following options:**

**1. Prepare the Corporate Disclosure Statement found at:**
**https://www.kywd.uscourts.gov/forms/corporate-disclosure-form**

**2. Prepare the Diversity Disclosure Statement found at:**
**https://www.kywd.uscourts.gov/forms/federal-rule-civil-procedure-71a2-disclosure-form**

**3. Prepare a combined Corporate Disclosure and Diversity Disclosure Statement found at:**
**https://www.kywd.uscourts.gov/forms/federal-rule-civil-procedure-71a-combined-disclosure-form**

**4. Go into the ECF system and select the event, "Corporate and/or Diversity Disclosure Statement (Rule 7.1)", found under the "Other Documents" category.**

**YOU ARE GRANTED <u>7 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**

If you need electronic filing assistance, please contact the Help Desk at (866) 822-8305