UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO.: 1:25-CV-00176-GNS-HBB

*Electronically Filed*

ROBERT PRYOR PLAINTIFF

v.

BUC-EE'S SMITHS GROVE, LLC, *et al.* DEFENDANTS

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that, in accordance with Local Rule 83.6(c) of the Joint Local Rules of Civil Practice of the U.S. District Courts for the Eastern and Western Districts of Kentucky, Gordon J. Stock of the law firm Stoll Keenon Ogden PLLC is hereby substituted as counsel of record for Defendants, Buc-ee's Smiths Grove, LLC and Buc-ee's Ltd. (collectively, "Buc-ee's") in place of Lilian W. Ball of the same firm in the above-captioned case. Buc-ee's is aware of and consents to Ms. Ball's withdrawal and Mr. Stock's substitution. Buc-ee's will continue to be represented by Matthew R. Parsons of the same firm. Buc-ee's requests that all pleadings and other papers required to be served in the action be served upon the following:

Matthew R. Parsons
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
(859) 231-3000 telephone
(859) 253-1093 facsimile
matt.parsons@skofirm.com

Gordon J. Stock
STOLL KEENON OGDEN PLLC
400 W. Market Street, Suite 2700
Louisville, KY 40202
(502) 333-6000 telephone
gordon.stock@skofirm.com

Ms. Ball also respectfully requests that the Court remove her from the Court's Notice of Electronic Filing List.

Respectfully submitted,

Matthew R. Parsons
Lilian W. Ball
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
(859) 231-3000 telephone
(859) 253-1093 facsimile
matt.parsons@skofirm.com
lilian.ball@skofirm.com

BY: /s/ *Lilian W. Ball*
COUNSEL FOR DEFENDANTS,
BUC-EE'S SMITHS GROVE, LLC
AND BUC-EE'S LTD.

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was filed via the Court's CM/ECF system on September 3, 2026, which will serve a copy on the following counsel of record:

Timothy L. Stevenson
Kentucky Injury Law Center
1542 US 31W Bypass #7
Bowling Green, KY 42101
Phone: (270) 846-9303
Fax: (270) 398-4497
tim@wehelpkentucky.com

COUNSEL FOR PLAINTIFF,
ROBERT PRYOR

/s/ *Lilian W. Ball*
COUNSEL FOR DEFENDANTS,
BUC-EE'S SMITHS GROVE, LLC
AND BUC-EE'S LTD.